IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cr-259

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | ORDER |
| GABRIEL NEAL (9) | ) | |

**THIS MATTER** is before the Court upon motion of the defendant to required court-appointed counsel to provide his entire file to the defendant for preparation of a motion to vacate under 28 U.S.C. § 2255. (Doc. No. 306).

The defendant has not cited any rule of procedure or statute which entitles him to the material requested. The Court would, however, encourage counsel to provide copies of any public records in his possession to the defendant.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant and counsel for the defendant.

Signed: January 5, 2012

Robert J. Conrad, Jr.
Chief United States District Judge